## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Shilo Riggs

489 Buffalo Brink Rd

Mannington WV 26582

*(Full name and address of the plaintiff)*
**Plaintiff(s)**

vs.

William + Janet Wyatt

365 Deer Run

Pittsboro, nc.

27312-5436

*(Full name and address of the defendant(s))*
**Defendant(s)**

F I L E D

FEB 06 2017

U.S. DISTRICT COURT
ELKINS WV 26241

Civil No.: 1:17cv17

*(Leave blank. To be filled in by Court.)*

### COMPLAINT

1. Jurisdiction in this case is based on:

   ☑ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☑ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

   _____

   _____

2.    The facts of this case are:

Mr + Mrs Wyatt Sued me with checks they claim I signed, when I went to my bank to see if any of those checks were in my account, the bank manager said they were fake. Mr + Mrs Wyatt also printed out my W2's to use as evidence against me. According to all information I have looked up, it is a federal offence to do so without the permission of the person. I am not the first person that they have created false information against to sue in a court of law! Randolph county sheriffs department looked over all information and suggested I open a federal case due to fraud. The IRS + FBI are now looking over all the other cases in which the Wyatts have sued people in the same manner. And Randolph Co. Sheriffs dept also noticed that my name was forged in different signatures on checks.

3.    The relief I want the court to order is: 🗨

☑    Damages in the amount of: $75,000 🗨

☑    An injunction ordering: the Wyatt's to pay the 🗨
Other people they've sued + Mrs Wyatt can no longer practice
as a C.P.A.

☐    Other (explain) _____ 🗨

_____

Feb. 4 2017 _____          Shilo A Riggs 🗨
(Date)                                        (Signature)

                                        Shilo A. Riggs
                                        489 Buffalo Brink Rd.
                                        Mannington WV 26582
                                        (304) 986-2909
                                        (Printed name, address and phone number of
                                        Plaintiff)


**Privacy Rules and Judicial Conference Privacy Policy** 🗨

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number.  These rules address the privacy concerns resulting from public access to electronic case files.