## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## CLARKSBURG

**SHILO A. RIGGS,**

       **Plaintiff,**

**v.**                                    **CIVIL ACTION No.: 1:17-CV-17**
                                                **(JUDGE KEELEY)**

**WILLIAM WYATT and**
**JANET WYATT,**

       **Defendants.**

### REPORT AND RECOMMENDATION

       This matter is before the undersigned pursuant to a referral order entered by Senior Judge Irene Keeley on February 6, 2017. (ECF No. 4). On November 7, 2017, an order directing Plaintiff to show cause why this action should not be dismissed – without prejudice – for failure to prosecute within twenty-one (21) days (ECF No. 20). Plaintiff was further given notice that failure to show cause may result in the dismissal of her case. As Plaintiff received that order (ECF No. 21) and no response has been received by the Court, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice and stricken from the active docket.

       The Clerk of Court is **DIRECTED** to provide a copy of this order to all parties of record – all of whom are *pro se* – at their last known address reflected on the docket.

       It is so **ORDERED.**

       **Entered** this 4th day of December, 2017.

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE